ERIC D. HOUSER (SBN 130079)
GEOFFREY C. BRETHEN (SBN 259873)
HOUSER & ALLISON
A Professional Corporation
9970 Research Drive
Irvine, California  92618
Phone: (949) 679-1111
Fax: (949) 679-1112
Email: gbrethen@houser-law.com

Attorneys for Defendants,
BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING (erroneously sued herein as HomEq Servicing) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| FRANCISCO CAZARES, | CASE NO. 2:09-cv-01577-JAM-EFB |
| Plaintiff, | HON.  JOHN A. MENDEZ |
| v. | **ORDER GRANTING MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| HOMEQ SERVICING, WMC MORTGAGE CORP., OLD REPUBLIC DEFAULT MANAGEMENT SERVICIES, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., CHERRY CREEK MORTGAGE CO., INC., ANGEL BENAVIDEZ and DOES 1-20 inclusive, | [FRCP 12(b)(6)]<br><br>DATE:     October 7, 2009<br>TIME:     9:00 A.M.<br>DEPT:     6 |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

---

NOTICE OF MOTION AND MOTION TO DISMISS

1

PDF created with pdfFactory trial version www.pdffactory.com

**PLEASE TAKE NOTICE THAT** Defendants BARCLAYS CAPITAL REAL ESTATE INC. dba HOMEQ SERVICING (erroneously sued herein as HomEq Servicing) and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S (collectively "Defendants") motion to dismiss Plaintiff's first amended complaint came on regularly for hearing on October 7, 2009 at 9:00 a.m. in Department 6 of the above-entitled Court, the Honorable John A. Mendez presiding.  Joshua Abel, of Houser & Allison, APC, appeared on behalf of Defendants.

Upon considering Defendants' motion to dismiss, the Court's file, and for other reasons stated on the record, the Court granted Defendants' motion to dismiss in its entirety on the grounds that Plaintiff failed to state facts sufficient to constitute a claim.

Having considered the file herein, the moving papers, and good cause appearing, the Court rules as follows:

1. Pursuant to F.R.C.P. 12(b)(6), Plaintiff's First Amended Complaint fails to state facts sufficient to constitute a claim.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendants' Motion to Dismiss is GRANTED.

3. Defendants are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  October 7, 2009          /s/ John A. Mendez _____
                                 JOHN A. MENDEZ
                                 United States District Court
                                 Judge for the Eastern District of
                                 California

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) SS
COUNTY OF ORANGE               )

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 9970 Research Drive, Irvine, CA 92618.

On October 7, 2009 I served the following document(s) described as follows:

**[PROPOSED] ORDER GRANTION MOTION TO DISMISS FIRST AMENDED COMPLAINT**

On the following interested parties in this action:

| | |
|---|---|
| Michael J.M. Brook<br>Lanahan & Reilley<br>600 Bicentennial Way, Suite 300<br>Santa Rosa, CA 95403<br>*Attorney for Plaintiff* | Lawrence D. Harris<br>Law Offices of Glenn H. Wechsler<br>1655 N. Main St., Suite 230<br>Walnut Creek, CA 94596<br>*Attorney for Defendant*<br>*WMC Mortgage Corporation* |
| Michael J. Fox<br>Pite Duncan, LLP<br>1820 E. First Street, Suite 420<br>Santa Ana, CA 92705<br>*Attorney for Defendant*<br>*Old Republic Default Management Services* | Carl D. Ciochon<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607<br>*Attorney for Defendant*<br>*Cherry Creek Mortgage Co., Inc. and Angel Benavidez* |

[X]   VIA FIRST CLASS MAIL—CCP §§ 1013(a); 2015.5; FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices.  I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

PDF created with pdfFactory trial version www.pdffactory.com

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on October 7, 2009 at Irvine, California.

_____
Sherie Cleere

**PROOF OF SERVICE**

PDF created with pdfFactory trial version www.pdffactory.com