Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California  94596
Telephone: (925) 274-0200
Email:  *larry@glennwechsler.com*

Attorneys for Defendant
WMC MORTGAGE CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO CAZARES, ) ) Plaintiffs, ) ) vs. ) ) HOMEQ SERVICING, et al., ) ) Defendants. ) ) ) ) ) ) ) ) | CASE NO. 2:09-CV-01577-JAM-EFB  Assigned to: Hon. John A. Mendez  **ORDER GRANTING WMC MORTGAGE COPORATION'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** |

Defendant WMC MORTGAGE CORPORATION's ("WMC" or "Defendant") motion to dismiss plaintiff's ("Plaintiff") First Amended Complaint filed herein on August 10, 2009 ("Complaint") and all claims against Defendant WMC therein *with prejudice* ("Motion to Dismiss") came on regularly for hearing on October 7, 2009 in the above-entitled Court.  Michael J.M. Brook, Esq. of Lanahan & Reilly appeared for Plaintiff and Brion St. James, Esq. specially apperared for the Law Offices of Glenn H. Wechsler on behalf of Defendant WMC.  Having reviewed the papers filed in support of and in opposition to the Motion to Dismiss the Court's files and records, oral argument

PDF created with pdfFactory trial version www.pdffactory.com

and good cause appearing therefor, the Court made its rulings as follows:

IT IS HEREBY ORDERED that Defendant WMC's Motion to Dismiss is well taken and granted in its entirety.

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's First Cause of Action for Violation of the Truth in Lending Act (15 USC § 1601, et seq.), and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Second Cause of Action for Violation of California Rosenthal Act, and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Third Cause of Action for Negligence, and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Fourth Cause of Action for Violation of Real Estate Settlement Procedures Act (12 USC § 2605, et seq.), and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Fifth Cause of Action for Breach of Fiduciary Duty, and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Sixth Cause of Action for Fraud, and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Seventh Cause of Action for Violation of California Business & Professions Code § 17200, et seq., and that said cause of action is dismissed as to WMC *with prejudice.*

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Eighth Cause of Action for Breach of Contract, and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Defendant WMC's Motion to Dismiss is granted as to the Complaint's Ninth Cause of Action for Breach of Implied Covenant of Good Faith and Fair Dealing, and that said cause of action is dismissed as to WMC *with prejudice.*

IT IS HEREBY FURTHER ORDERED that Plaintiff's Complaint is dismissed in its entirety as to Defendant WMC *with prejudice.*

IT IS SO ORDERED.

DATED: October 8, 2009        /s/ John A. Mendez  
                              UNITED STATES DISTRICT JUDGE

G:\Larry\WMC\Cazares\Order granting Motion to Dismiss.doc

PDF created with pdfFactory trial version www.pdffactory.com